**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION – SANTA ANA**

| | |
|---|---|
| NANCY NIDA, an individual;<br><br>　　　　Plaintiff;<br><br>vs.<br><br>ALLCOM, A Nevada corporation; BRUCE HAROLD BOYD, an individual; PEGGY LOUISE DACE, an individual; BG REAL ESTATE MANAGEMENT, LLC, dba, BG REAL ESTATE SERVICES, a California limited liability company; NEWPORT PELICAN GROUP, INC., a California corporation; SPARE BACKUP, INC., a corporation; CERY PERLE, an individual; and DOES 1 through 10 inclusive;<br><br>　　　　Defendants. | Case No.: 8:17-CV-02162-JLS-JDE<br><br>Honorable Josephine Staton<br><br>**JUDGMENT AGAINST SPARE BACKUP, INC.**<br><br>Complaint Filed:　　Dec. 12, 2017 |

/ / /

/ / /

1

On April 18, 2019, the Court granted Plaintiff's application for default judgment against SPBU, awarding $976,264.80 in damages and $23,125.30 in attorneys' fees against SPBU, in favor of Plaintiff. (*See* Doc. 128.)

Accordingly, the Court HEREBY ORDERS, ADJUDGES AND DECREES AS FOLLOWS:

1. Judgment is entered against SPBU, in favor of Plaintiff Nancy Nida, in the amount of $976,264.80 in damages and $23,125.30 in attorneys' fees, for a total of $999,390.10.
2. This sum shall accrue interest at the rate of 8% per annum until paid in full, from April 19, 2019 onward.

IT IS SO ORDERED.

Dated: April 24, 2019

_____
HONORABLE JOSEPHINE L. STATON
U.S. DISTRICT COURT JUDGE